LEVY, RAM & OLSON
Michael F. Ram (SBN 104805)
mfr@lrolaw.com
639 Front Street, 4th Floor
San Francisco, CA  94111
Telephone: (415) 433-4949
(Other counsel on signature page)

Attorneys for John P. McCarthy Profit Sharing Plan

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD WANDEL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HERBERT W. BOYER, Ph.D., WILLIAM M. BURNS, ERICH HUNZICKER, Ph.D., JONATHAN K.C. KNOWLES, Ph.D., ARTHUR D. LEVINSON, Ph.D., DEBRA L. REED, CHARLES A. SANDERS, M.D., GENENTECH, INC., and ROCHE HOLDING AG, <br><br> Defendants. | Case No. CV 08 3543 SC <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER *JOHN P. McCARTHY PROFIT SHARING PLAN, ET AL.*, SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12** |
| THIS DOCUMENT RELATES TO: <br><br> JOHN P. McCARTHY PROFIT SHARING PLAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GENENTECH, INC., ROCHE HOLDING, LTD, ROCHE HOLDINGS, INC., ROCHE HOLDING AG, ARTHUR D. LEVINSON, HERBERT W. BOYER, WILLIAM M. BURNS, ERICH HUNZIKER, JONATHAN K.C. KNOWLES, DEBRA L. REED, AND CHARLES SANDERS, <br><br> Defendants. | Case No. CV 08 3720 JCS |

Pursuant to Local Rule 3-12, Plaintiff John P. McCarthy Profit Sharing Plan submits this administrative motion to consider whether *John P. McCarthy Profit Sharing Plan v. Genentech, Inc., et al.*, Case No. CV 08 3720 JCS, a putative class action lawsuit filed on August 4, 2008, should be related to *Arnold Wandel v. Herbert W. Boyer, Ph.D., et al.*, Case No. CV 08 3543 SC, filed on July 23, 2008.

Local Rule 3-12(a) provides that actions are related when:

  (1)    The actions concern substantially the same parties, property, transaction or event; and

  (2)    It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

The *John P. McCarthy Profit Sharing Plan* and *Wandel* actions satisfy these criteria. Each case is a proposed class action on behalf of owners of securities of Genentech, Inc., and concerns Roche's proposed purchase of all outstanding Genentech shares. Both cases are brought against Defendants Genentech, Inc., Roche, and Genentech's directors and allege breaches of fiduciary duties.[1]

Date: August 7, 2008                    LEVY, RAM & OLSON LLP

                                        _/s/_____
                              By:       Michael F. Ram (SBN 104805)
                                        mfr@lrolaw.com
                                        LEVY, RAM & OLSON, LLP
                                        639 Front Street, 4th Floor
                                        San Francisco, CA 94111
                                        Telephone: (415) 433-4949
                                        Facsimile: (415) 433-7311

---

[1] Copies of the two complaints are attached to the accompanying Declaration of Michael F. Ram as Exhibits A and B. The *John P. McCarthy Profit Sharing Plan* case names two additional Roche entities not named as defendants in the *Wandel* Complaint.

Case No. CV 08 3543SC – ADMINISTRATIVE MOTION TO CONSIDER WHETHER *JOHN P. McCARTHY PROFIT SHARING PLAN ET AL.* SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12

1

Robert M. Roseman
rroseman@srk-law.com

2

Jay Cohen
jcohen@srk-law.com

3

Andrew D. Abramowitz

4

aabramowitz@srk-law.com

5

Rachel E. Kopp
rkopp@srk-law.com

6

SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500

7

Philadelphia, PA 19103
Telephone: (215) 496-0300

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV 08 3543SC – ADMINISTRATIVE MOTION TO CONSIDER WHETHER *JOHN P. McCARTHY PROFIT SHARING PLAN ET AL*. SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12