UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARNOLD WANDEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HERBERT W. BOYER, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., JONATHAN K.C. KNOWLES, Ph.D., ARTHUR D. LEVINSON, Ph.D., DEBRA L. REED, CHARLES A. SANDERS, M.D., GENENTECH, INC., AND ROCHE HOLDING AG,<br><br>    Defendants. | CASE NO.: CV 08-3543 (SC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

| | | |
|---|---|---|
| 1 | JOHN P. McCARTHY PROFIT SHARING PLAN, individually and on behalf of all Others similarly situated, | CASE NO.:  CV 08-3720 (JCS) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | GENENTECH, INC., ROCHE HOLDING, LTD, ROCHE HOLDINGS, INC., ROCHE HOLDING AG, ARTHUR D. LEVINSON, HERBERT W. BOYER, WILLIAM M. BURNS, ERICH HUNZIKER, JONATHAN K.C. KNOWLES, DEBRA L. REED, AND CHARLES SANDERS, | |
| 6 | | |
| 7 | | |
| 8 | Defendants. | |
| 9 | ERNEST GOTTDIENER, on behalf of himself and all others similarly situated, | CASE NO.:  CV 08-3753 (JL) |
| 10 | | |
| 11 | Plaintiff, | |
| 12 | v. | |
| 13 | ARTHUR D. LEVINSON, Ph.D., CHARLES A. SANDERS, M.D., JONATHAN K.C. KNOWLES, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., HERBERT W. BOYER, Ph.D., DEBRA L. REED, GENENTECH, INC. and ROCHE HOLDING AG, | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |

WHEREAS, Plaintiff Arnold Wandel filed a Complaint on July 23, 2008 against Defendants Herbert W. Boyer, Ph.D., William M. Burns, Erich Hunziker, Ph.D., Jonathan K.C. Knowles, Ph.D., Arthur D. Levinson, Ph.D., Debra L. Reed, Charles A. Sanders, M.D., Genentech, Inc., and Roche Holding AG;

WHEREAS, Plaintiff John P. McCarthy Profit Sharing Plan filed a Complaint on August 4, 2008 against Defendants Genentech, Inc., Roche Holding, LTD, Roche Holdings, Inc., Roche Holding AG, Arthur D. Levinson, Herbert W. Boyer, William M. Burns, Erich Hunziker, Jonathan K.C. Knowles, Debra L. Reed, and Charles Sanders;

WHEREAS, Plaintiff Ernest Gottdiener filed a Complaint on August 5, 2008 against Defendants Arthur D. Levinson, Ph.D., Charles A. Sanders, M.D., Jonathan K.C. Knowles,

1  Ph.D., William M. Burns, Erich Hunziker, Ph.D., Herbert W. Boyer, Ph.D., Debra L. Reed,

2  Genentech, Inc., and Roche Holding AG;

3      WHEREAS, the undersigned parties have met and conferred and anticipate that these

4  actions are related;

5      WHEREAS, the undersigned parties further anticipate that these related actions will be

6  consolidated and that, following appointment of a lead plaintiff and lead counsel by the Court, a

7  Consolidated Amended Class Action Complaint will be filed;

8      WHEREAS, no defendant, by agreeing to this stipulation, waives any right to object to

9  service or the jurisdiction of this Court;

10      WHEREAS, the undersigned parties wish to avoid burdening the Court with unnecessary

11  motion practice;

12      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

13  subject to approval of the Court, as follows:

14      1.    No defendant need respond to any of the initial complaints filed in the above-

15  captioned matters;

16      2.    Lead Plaintiffs shall file a Consolidated Amended Class Action Complaint no

17  later than sixty (60) days after the appointment of Lead Plaintiffs and approval of Lead Counsel;

18      3.    Defendants shall answer or otherwise respond to the Consolidated Amended

19  Complaint no later than forty-five (45) days after the Consolidated Amended Complaint is filed.

20

21  Dated: August 21, 2008                  Respectfully submitted,

22                                          WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation

23

24                                          By: _____/s/_____

25                                                Ignacio E. Salceda

26                                          Attorneys for Defendants
                                        GENENTECH, INC. AND ARTHUR D.

27                                          LEVINSON

28

| | | |
|---|---|---|
| 1 | Dated: August 21, 2008 | DAVIS POLK & WARDWELL |
| 2 | | 450 Lexington Avenue |
| | | New York, NY 10017 |
| 3 | | Telephone: (212) 450-4000 |
| | | Facsimile: (212) 450.3800 |
| 4 | | and |
| 5 | | DAVIS POLK & WARDWELL |
| | | 1600 El Camino Real |
| 6 | | Menlo Park, CA 94025 |
| | | Telephone: (650) 752-2000 |
| 7 | | Facsimile: (650)752-2111 |

8

9   By: _____/s/_____
        Lawrence Portnoy

10  Attorneys for Defendant
    Roche Holdings, Inc.

11

12

13  Dated: August 21, 2008        LATHAM & WATKINS, LLP
                                  140 Scott Drive
14                                Menlo Park, CA 94025
                                  Telephone: (650) 328-4600
15                                Facsimile: (650) 463-2600

16  By: _____/s/_____
        Paul H. Dawes

17

18  Attorneys for Defendants
    Herbert W. Boyer, Ph.D., Debra L. Reed, and
    *specially appearing*, Charles A. Sanders

19

20

21  Dated: August 21, 2008        WOLF HALDENSTEIN ADLER FREEMN
                                  & HERZ, LLP
22                                Francis M. Gregorek
                                  Betsy C. Manifold
23                                Rachele R. Rickert
                                  750 B Street, Sute 2770
24                                San Diego, CA 92101
                                  Telephone: (619) 239-4599
25                                Facsimile: (619) 234-4599

26

27  By: _____/s/_____
        Betsy C. Manifold

28  Attorneys for Plaintiff Arnold Wandel, and all
    others similarly situated

STIPULATION AND [PROPOSED] ORDER                    -4-                           3422435_2.DOC
EXTENDING TIME TO RESPOND
CV 08-3543, CV 08-3720, CV 08-3753

```
                              WOLF HALDENSTEIN ADLER FREEMN
                              & HERZ, LLP
                              270 Madison Avenue
                              New York, NY 10016
                              Telephone: (212) 545-4600
                              Facsimile:  (212) 545-4653

                              -and-

                              LAW OFFICES OF MARC S. HENZEL
                              Marc S. Henzel
                              273 Montgomery Avenue, Suite 202
                              Bala Cynwyd, PA 19004
                              Telephone: (610) 660-8000
                              Facsimile:  (610) 660-8080


Dated:  August 21, 2008       SPECTOR, ROSEMAN & KODROFF, P.C.
                              Robert M. Roseman
                              Jay Cohen
                              Andrew Abramowitz
                              Rachel E. Kopp
                              1818 Market Street, Suite 2500
                              Philadelphia, PA 19103
                              Telephone: (215) 496-0300
                              Facsimile:  (215) 496-6611



                              By: _____/s/_____
                                       Andrew D. Abramowitz

                              Attorneys for Plaintiff John P. McCarthy Profit
                              Sharing Plan, Class Members, and all others
                              similarly situated

                              -and-

                              LEVY, RAM & OLSON
                              Michael F. Ram
                              639 Front Street, 4th Floor
                              San Francisco, CA 94111
                              Telephone: (415) 433-4949
                              Facsimile:  (415) 433-7311
```

| | |
|---|---|
| Dated: August 21, 2008 | KAPLAN, FOX & KILSHEIMER, LLP<br>Laurence D. King<br>Louis A. Kessler<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: (415) 772-4700<br>Facsimile: (415) 772-4707 |
| | By: _____/s/_____<br>     Laurence D. King |
| | Attorneys for Plaintiff Ernest Gottdiener, and all others similarly situated |
| | -and- |
| | BULL & LIFSHITZ, LLP<br>Peter D. Bull<br>Joshua M. Lifshitz<br>18 East 41st Street<br>New York, NY 10017<br>Telephone: (212) 213-6222<br>Facsimile: (212) 213-9405 |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
                                  United States District Judge