BORIS FELDMAN, State Bar No. 128838
DAVID J. BERGER, State Bar No. 147645
IGNACIO E. SALCEDA, State Bar No. 164017
KATHERINE L. HENDERSON, State Bar No. 242676
STEPHANIE A. McMAHON, State Bar No. 247720
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com

Attorneys for Defendants
GENENTECH, INC. and ARTHUR D. LEVINSN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARNOLD WANDEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HERBERT W. BOYER, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., JONATHAN K.C. KNOWLES, Ph.D., ARTHUR D. LEVINSON, Ph.D., DEBRA L. REED, CHARLES A. SANDERS, M.D., GENENTECH, INC., AND ROCHE HOLDING AG,<br><br>Defendants. | CASE NO.: CV 08-3543 (SC)<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

*Caption continued on next page.*

| | | |
|---|---|---|
| 1 | JOHN P. McCARTHY PROFIT SHARING PLAN, individually and on behalf of all Others similarly situated, ) ) ) | CASE NO.: CV 08-3720 (JCS) |
| 2 | | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | GENENTECH, INC., ROCHE HOLDING, LTD, ROCHE HOLDINGS, INC., ROCHE HOLDING AG, ARTHUR D. LEVINSON, HERBERT W. BOYER, WILLIAM M. BURNS, ERICH HUNZIKER, JONATHAN K.C. KNOWLES, DEBRA L. REED, AND CHARLES SANDERS, ) ) ) ) ) ) | |
| 8 | Defendants. ) ) | |
| 9 | ERNEST GOTTDIENER, on behalf of himself and all others similarly situated, ) ) | CASE NO.: CV 08-3753 (JL) |
| 11 | Plaintiff, ) ) | |
| 12 | v. ) ) | |
| 13 | ARTHUR D. LEVINSON, Ph.D., CHARLES A. SANDERS, M.D., JONATHAN K.C. KNOWLES, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., HERBERT W. BOYER, Ph.D., DEBRA L. REED, GENENTECH, INC. and ROCHE HOLDING AG, ) ) ) ) ) ) | |
| 16 | Defendants. ) ) | |

CERTIFICATE OF SERVICE BY MAIL  -2-  3434393_1.DOC

1  I, Elizabeth J. Blackey, declare:

2  I am employed in Santa Clara County, State of California. I am over the age of 18 years
and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati,
650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

☒   By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

| | |
|---|---|
| Lawrence Portnoy<br>**Davis Polk & Wardwell**<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel:  (212) 450-4000<br>Fax: (212) 450-3800 | Paul H. Dawes<br>**Latham & Watkins, LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Tel:  (650) 328-4600<br>Fax: (650) 463-2600 |
| Robert M. Roseman<br>Andrew Abramowitz<br>**Spector, Roseman & Kodroff, P.C.**<br>1818 Market St., Suite 2500<br>Philadelphia, PA 19103<br>Tel:  (215) 496-0300<br>Fax: (215) 496-6611 | Joshua M. Lifshitz<br>Peter D. Bull<br>**Bull & Lifshitz, LLP**<br>18 East 41st Street<br>New York, NY 10017<br>Tel:  (212) 213-6222<br>Fax: (212) 213-9405 |
| Marc S. Henzel<br>**Law Offices of Marc S. Henzel**<br>273 Montgomery Ave., Suite 202<br>Bala Cynwyd, PA 19004<br>Tel:  (610) 660-8000<br>Fax: (610) 660-8080 | |

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on August 21, 2008.

/s/ _____
Elizabeth J. Blackey