1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ARNOLD WANDEL, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO.:  CV 08-3543 (SC) |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |
| v. | ) ) | |
| HERBERT W. BOYER, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., JONATHAN K.C. KNOWLES, Ph.D., ARTHUR D. LEVINSON, Ph.D., DEBRA L. REED, CHARLES A. SANDERS, M.D., GENENTECH, INC., AND ROCHE HOLDING AG, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

3422435_3.DOC

| | | |
|---|---|---|
| 1 | JOHN P. McCARTHY PROFIT SHARING PLAN, individually and on behalf of all Others similarly situated, | ) ) ) | CASE NO.:  CV 08-3720 (SC) |
| 2 | | ) | |
| 3 | Plaintiff, | ) ) | |
| 4 | v. | ) ) | |
| 5 | GENENTECH, INC., ROCHE HOLDING, LTD, ROCHE HOLDINGS, INC., ROCHE HOLDING | ) ) | |
| 6 | AG, ARTHUR D. LEVINSON, HERBERT W. BOYER, WILLIAM M. BURNS, ERICH | ) ) | |
| 7 | HUNZIKER, JONATHAN K.C. KNOWLES, DEBRA L. REED, AND CHARLES SANDERS, | ) ) | |
| 8 | Defendants. | ) ) | |
| 9 | | ) | |

11   WHEREAS, Plaintiff Arnold Wandel filed a Complaint on July 23, 2008 against

12   Defendants Herbert W. Boyer, Ph.D., William M. Burns, Erich Hunziker, Ph.D., Jonathan K.C.

13   Knowles, Ph.D., Arthur D. Levinson, Ph.D., Debra L. Reed, Charles A. Sanders, M.D.,

14   Genentech, Inc., and Roche Holding AG;

15   WHEREAS, Plaintiff John P. McCarthy Profit Sharing Plan filed a Complaint on August

16   4, 2008 against Defendants Genentech, Inc., Roche Holding, LTD, Roche Holdings, Inc., Roche

17   Holding AG, Arthur D. Levinson, Herbert W. Boyer, William M. Burns, Erich Hunziker,

18   Jonathan K.C. Knowles, Debra L. Reed, and Charles Sanders;

19   WHEREAS, Plaintiff Ernest Gottdiener filed a Complaint on August 5, 2008 against

20   Defendants Arthur D. Levinson, Ph.D., Charles A. Sanders, M.D., Jonathan K.C. Knowles,

21   Ph.D., William M. Burns, Erich Hunziker, Ph.D., Herbert W. Boyer, Ph.D., Debra L. Reed,

22   Genentech, Inc., and Roche Holding AG;

23   WHEREAS, the undersigned parties have met and conferred and anticipate that these

24   actions are related;

25   WHEREAS, the undersigned parties further anticipate that these related actions will be

26   consolidated and that, following appointment of a lead plaintiff and lead counsel by the Court, a

27   Consolidated Amended Class Action Complaint will be filed;

28

1    WHEREAS, no defendant, by agreeing to this stipulation, waives any right to object to

2   service or the jurisdiction of this Court;

3    WHEREAS, the undersigned parties wish to avoid burdening the Court with unnecessary

4   motion practice;

5    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

6   subject to approval of the Court, as follows:

7    1.    No defendant need respond to any of the initial complaints filed in the above-

8   captioned matters;

9    2.    Lead Plaintiffs shall file a Consolidated Amended Class Action Complaint no

10   later than sixty (60) days after the appointment of Lead Plaintiffs and approval of Lead Counsel;

11    3.    Defendants shall answer or otherwise respond to the Consolidated Amended

12   Complaint no later than forty-five (45) days after the Consolidated Amended Complaint is filed.

13

14   Dated:  August 21, 2008                    Respectfully submitted,

15                                              WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
16

17
                                               By: _____/s/_____
18                                                      Ignacio E. Salceda

19                                             Attorneys for Defendants
                                               GENENTECH, INC. AND ARTHUR D.
20                                             LEVINSON

21

22

23

24

25

26

27

28

1    Dated:  August 21, 2008

2

3

4

5

6

7

8

9

10

11

12   Dated:  August 21, 2008

13

14

15

16

17

18

19

20   Dated:  August 21, 2008

21

22

23

24

25

26

27

28

DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450.3800

and

DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650)752-2111

By: _____/s/_____
                 Lawrence Portnoy

Attorneys for Defendant
Roche Holdings, Inc.

LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

By: _____/s/_____
                 Paul H. Dawes

Attorneys for Defendants
Herbert W. Boyer, Ph.D., Debra L. Reed, and
*specially appearing*, Charles A. Sanders

WOLF HALDENSTEIN ADLER FREEMN
& HERZ, LLP
Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
750 B Street, Sute 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile:  (619) 234-4599

By: _____/s/_____
                 Betsy C. Manifold

Attorneys for Plaintiff Arnold Wandel, and all
others similarly situated

STIPULATION AND [PROPOSED] ORDER            -3-                                      3422435_3.DOC
EXTENDING TIME TO RESPOND
CV 08-3543 (SC) AND CV 08-3720 (SC)

WOLF HALDENSTEIN ADLER FREEMN
& HERZ, LLP
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile:  (212) 545-4653

-and-

LAW OFFICES OF MARC S. HENZEL
Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
Telephone: (610) 660-8000
Facsimile:  (610) 660-8080

Dated:  August 21, 2008

SPECTOR, ROSEMAN & KODROFF, P.C.
Robert M. Roseman
Jay Cohen
Andrew Abramowitz
Rachel E. Kopp
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile:  (215) 496-6611

By: _____/s/_____
              Andrew D. Abramowitz

Attorneys for Plaintiff John P. McCarthy Profit
Sharing Plan, Class Members, and all others
similarly situated

-and-

LEVY, RAM & OLSON
Michael F. Ram
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile:  (415) 433-7311

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND
CV 08-3543 (SC) AND CV 08-3720 (SC)

-4-

3422435_3.DOC