| | |
|---|---|
| 1 | BORIS FELDMAN, State Bar No. 128838 |
| | DAVID J. BERGER, State Bar No. 147645 |
| 2 | IGNACIO E. SALCEDA, State Bar No. 164017 |
| | KATHERINE L. HENDERSON, State Bar No. 242676 |
| 3 | STEPHANIE A. McMAHON, State Bar No. 247720 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 4 | Professional Corporation |
| | 650 Page Mill Road |
| 5 | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| 6 | Facsimile: (650) 565-5100 |
| | Email: boris.feldman@wsgr.com |

Attorneys for Defendants
GENENTECH, INC. and ARTHUR D. LEVINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARNOLD WANDEL, individually and on behalf of all others similarly situated, | CASE NO.: CV 08-3543 (SC) |
| Plaintiff, | **CERTIFICATE OF SERVICE BY MAIL** |
| v. | |
| HERBERT W. BOYER, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., JONATHAN K.C. KNOWLES, Ph.D., ARTHUR D. LEVINSON, Ph.D., DEBRA L. REED, CHARLES A. SANDERS, M.D., GENENTECH, INC., AND ROCHE HOLDING AG, | |
| Defendants. | |

*Caption continued on next page.*

|   |   |   |
|---|---|---|
| 1 | JOHN P. McCARTHY PROFIT SHARING PLAN, individually and on behalf of all Others similarly situated, ) ) ) | CASE NO.: CV 08-3720 (JCS) |
| 2 |  |  |
| 3 | Plaintiff, ) ) |  |
| 4 | v. ) ) |  |
| 5 | GENENTECH, INC., ROCHE HOLDING, LTD, ROCHE HOLDINGS, INC., ROCHE HOLDING AG, ARTHUR D. LEVINSON, HERBERT W. BOYER, WILLIAM M. BURNS, ERICH HUNZIKER, JONATHAN K.C. KNOWLES, DEBRA L. REED, AND CHARLES SANDERS, ) ) ) ) ) ) ) ) |  |
| 6 |  |  |
| 7 |  |  |
| 8 | Defendants. ) ) |  |
| 9 |  |  |

I, Elizabeth J. Blackey, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

☒   By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

| | |
|---|---|
| Lawrence Portnoy<br>**Davis Polk & Wardwell**<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel: (212) 450-4000<br>Fax: (212) 450-3800 | Paul H. Dawes<br>**Latham & Watkins, LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Tel: (650) 328-4600<br>Fax: (650) 463-2600 |
| Robert M. Roseman<br>Andrew Abramowitz<br>**Spector, Roseman & Kodroff, P.C.**<br>1818 Market St., Suite 2500<br>Philadelphia, PA 19103<br>Tel: (215) 496-0300<br>Fax: (215) 496-6611 | Marc S. Henzel<br>**Law Offices of Marc S. Henzel**<br>273 Montgomery Ave., Suite 202<br>Bala Cynwyd, PA 19004<br>Tel: (610) 660-8000<br>Fax: (610) 660-8080 |

1  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and
2  processing of documents for delivery according to instructions indicated above.  In the ordinary
3  course of business, documents would be handled accordingly.
4  I declare under penalty of perjury under the laws of the State of California that the
5  foregoing is true and correct.  Executed at Palo Alto, California on August 27, 2008.

6
7                                                                         Elizabeth J. Blackey
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28