BORIS FELDMAN, State Bar No. 128838
DAVID J. BERGER, State Bar No. 147645
IGNACIO E. SALCEDA, State Bar No. 164017
KATHERINE L. HENDERSON, State Bar No. 242676
STEPHANIE McMAHON, State Bar No. 247720
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
GENENTECH, INC. and ARTHUR D. LEVINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD WANDEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HERBERT W. BOYER, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., JONATHAN K.C. KNOWLES, Ph.D., ARTHUR D. LEVINSON, Ph.D., DEBRA L. REED, CHARLES A. SANDERS, M.D., GENENTECH, INC., AND ROCHE HOLDING AG,<br><br>Defendants. | CASE NO.: CV 08-3543 (SC)<br><br>**DEFENDANTS GENENTECH, INC. AND ARTHUR D. LEVINSON'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER *GOTTDIENER V. LEVINSON*, CIV 08-3753 (JL), SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12** |
| THIS DOCUMENT RELATES TO:<br><br>ERNEST GOTTDIENER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR D. LEVINSON, Ph.D., CHARLES A. SANDERS, M.D., JONATHAN K.C. KNOWLES, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., HERBERT W. BOYER, Ph.D., DEBRA L. REED, GENENTECH, INC. and ROCHE HOLDING AG,<br><br>Defendants. | CASE NO.: CV 08-3753 (JL) |

DEFENDANTS GENENTECH. & LEVINSON'S ADMIN. MOTION
TO CONSIDER WHETHER *GOTTDIENER V. LEVINSON*, CIV 08-
3753 (JL), SHOULD BE RELATED PURSUANT TO L.R. 3-12
Case No. CV 08-3543

3436036_1.DOC

Pursuant to Local Rule 3-12, Defendants Genentech, Inc. and Arthur D. Levinson respectfully submit this administrative motion to consider whether *Ernest Gottdiener v. Arthur D. Levinson, et al.*, Case No. CIV 08-3753 (JL), a putative class action lawsuit filed on August 5, 2008, should be related to *Arnold Wandel v. Herbert W. Boyer, Ph.D., et al.*, Case No. CIV 08-3543 (SC), filed on July 23, 2008.

Local Rule 3-12(a) provides that actions are related when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

The *Gottdiener* and *Wandel* actions satisfy these criteria.[1] Each case is a proposed class action on behalf of owners of securities of Genentech, Inc., and concerns Roche's proposed purchase of all outstanding Genentech shares. Both cases are brought against the same nine defendants (Genentech, Inc., Roche A.G., and Genentech's directors), and allege breaches of fiduciary duties. On August 22, 2008 this Court granted a similar motion in this action, relating *John P. McCarthy Profit Sharing Plan v. Genentech, Inc., et al.*, Case No. CIV 08-3720 (JCS) to the *Wandel* action.

Dated: August 28, 2008

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/_____
    Ignacio E. Salceda

Attorneys for Defendants
GENENTECH, INC. AND ARTHUR D. LEVINSON

---

[1] Copies of the two complaints are attached to the accompanying Declaration of Ignacio E. Salceda as Exhibits A and B.