BORIS FELDMAN, State Bar No. 128838
DAVID J. BERGER, State Bar No. 147645
IGNACIO E. SALCEDA, State Bar No. 164017
KATHERINE L. HENDERSON, State Bar No. 242676
STEPHANIE McMAHON, State Bar No. 247720
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
GENENTECH, INC. and ARTHUR D. LEVINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD WANDEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HERBERT W. BOYER, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., JONATHAN K.C. KNOWLES, Ph.D., ARTHUR D. LEVINSON, Ph.D., DEBRA L. REED, CHARLES A. SANDERS, M.D., GENENTECH, INC., AND ROCHE HOLDING AG,<br><br>Defendants. | CASE NO.: CV 08-3543 (SC)<br><br>**DECLARATION OF IGNACIO E. SALCEDA IN SUPPORT OF DEFENDANTS GENENTECH, INC. AND ARTHUR D. LEVINSON'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER *GOTTDIENER V. LEVINSON*, CIV 08-3753 (JL), SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12** |
| THIS DOCUMENT RELATES TO:<br><br>ERNEST GOTTDIENER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR D. LEVINSON, Ph.D., CHARLES A. SANDERS, M.D., JONATHAN K.C. KNOWLES, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., HERBERT W. BOYER, Ph.D., DEBRA L. REED, GENENTECH, INC. and ROCHE HOLDING AG,<br><br>Defendants. | CASE NO.: CV 08-3753 (JL) |

DECL OF SALCEDA ISO DEFS GENENTECH'S & LEVINSON'S
ADMIN. MTN TO CONSIDER WHETHER *GOTTDIENER V. LEVINSON*,
CIV 08-3753 (JL), SHOULD BE RELATED PURSUANT TO L.R. 3-12
Case No. CV 08-3543

3436108_1.DOC

I, Ignacio E. Salceda, declare as follows:

1.  I am an attorney licensed to practice in the State of California and an attorney at the law firm of Wilson Sonsini Goodrich & Rosati P.C., counsel of record for Defendants Genentech, Inc. and Arthur D. Levinson in *Arnold Wandel v. Herbert W. Boyer, Ph.D., et al.*, Case No. CIV 08-3543 (SC) and *Ernest Gottdiener v. Arthur D. Levinson, et al.*, Case No. CIV 08-3753 (JL). I submit this Declaration in Support of Defendants Genentech, Inc. and Arthur D. Levinson's Administrative Motion to Consider Whether *Gottdiener v. Levinson*, CIV 08-3753 (JL), Should be Related Pursuant to Local Rule 3-12. I make this declaration based on personal knowledge and if called and sworn as a witness could and would testify competently thereto.

2.  A true and correct copy of the Complaint in *Arnold Wandel v. Herbert W. Boyer, Ph.D., et al.*, Case No. CIV 08-3543 (SC), filed on July 23, 2008, is attached as Exhibit A to this declaration.

3.  A true and correct copy of the Complaint in *Ernest Gottdiener v. Arthur D. Levinson, et al.*, Case No. CIV 08-3753 (JL), filed on August 5, 2008, is attached as Exhibit B to this declaration.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. This declaration is executed on August 28, 2008 in Palo Alto, California.

/s/
Ignacio E. Salceda

DECL OF SALCEDA ISO DEFS GENENTECH'S & LEVINSON'S ADMIN. MTN TO CONSIDER WHETHER *GOTTDIENER V. LEVINSON*, CIV 08-3753 (JL), SHOULD BE RELATED PURSUANT TO L.R. 3-12
Case No. CV 08-3543

-1-

3436108_1.DOC