UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD WANDEL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HERBERT W. BOYER, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., JONATHAN K.C. KNOWLES, Ph.D., ARTHUR D. LEVINSON, Ph.D., DEBRA L. REED, CHARLES A. SANDERS, M.D., GENENTECH, INC., and ROCHE HOLDING AG,<br><br>　　　　　Defendants. | CASE NO.  C 08-03543 (SC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE**<br><br>DATE:　　November 21, 2009<br>TIME:　　10:00 a.m.<br>CRTRM:　1, 17th Floor<br>JUDGE:　Hon. Samuel Conti |

[Caption Continued On Next Page]

STIPULATION & PROPOSED ORDER EXTENDING DATE FOR CMC – Case No. C 08-03543 SC

| | | |
|---|---|---|
| 1 | JOHN P. McCARTHY PROFIT SHARING PLAN, individually and on behalf of all Others similarly situated, ) ) ) | CASE NO.  CV 08-3720 (SC) |
| 2 | ) | |
| 3 | Plaintiff, ) ) | |
| 4 | v. ) ) | |
| 5 | GENENTECH, INC., ROCHE HOLDING, LTD. ROCHE HOLDINGS, INC., ROCHE HOLDING AG, ARTHUR D. LEVINSON, HERBERT W. BOYER, WILLIAM M. BURNS, ERICH HUNZIKER, JONATHAN K.C. KNOWLES, DEBRA L. REED, AND CHARLES SANDERS ) ) ) ) ) ) ) ) | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Defendants. ) ) | |
| 10 | _____ ) ERNEST GOTTDIENER, on behalf of himself and all others similarly situated, ) ) | CASE NO.  CV 08-3753 (SC) |
| 11 | ) | |
| 12 | Plaintiffs, ) ) | |
| 13 | v. ) ) | |
| 14 | ARTHUR D. LEVINSON, Ph.D., CHARLES A. SANDERS, M.D., JONATHAN K.C. KNOWLES, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., HERBERT W. BOYER, Ph.D., DEBRA L. REED, GENENTECH, INC. and ROCHE HOLDING AG, ) ) ) ) ) ) ) | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendants. ) ) | |
| 19 | _____ ) | |

STIPULATION & PROPOSED ORDER EXTENDING DATE FOR CMC – Case No. C 08-03543 SC

1  WHEREAS, Plaintiff Arnold Wandel filed a Complaint on July 23, 2008 against Defendants Herbert W. Boyer, Ph.D., William M. Burns, Erich Hunziker, Ph.D., Jonathan K.C. Knowles, Ph.D., Arthur D. Levinson, Ph.D., Debra L. Reed, Charles A. Sanders, M.D., Genentech, Inc., and Roche Holding AG ("*Wandel* action");

WHEREAS, Plaintiff John P. McCarthy Profit Sharing Plan filed a Complaint on August 4, 2008 against Defendants Genentech, Inc., Roche Holding, LTD, Roche Holdings, Inc., Roche Holding AG, Arthur D. Levinson, Herbert W. Boyer, William M. Burns, Erich Hunziker, Jonathan K.C. Knowles, Debra L. Reed, and Charles Sanders ("*McCarthy Plan* action");

WHEREAS, Plaintiff Ernest Gottdiener filed a Complaint on August 5, 2008 against Defendant Arthur D. Levinson, Ph.D., Charles A. Sanders, M.D., Jonathan K.C. Knowles, Ph.D., William M. Burns, Erich Hunziker, Ph.D., Herbert W. Boyer, Ph.D., Debra L. Reed, Genentech, Inc., and Roche Holding AG ("*Gottdiener* action");

WHEREAS, on August 22, 2008, the Court determined that the *Wandel* and *McCarthy Plan* actions are related actions; and on September 15, 2008, the Court determined that both of the aforementioned actions are related to the *Gottdiener* action;

WHEREAS, the Court set the initial case management conferences in these three related cases for November 21, 2008 at 10:00 a.m.;

WHEREAS, the claims in these three related actions all arise out of Roche Holdings, Inc.'s July 21, 2008 proposal to acquire Genentech, Inc. for $89.00 per share ("Roche proposal");

WHEREAS, Genentech, Inc. appointed a special committee to consider the Roche proposal ("Genentech Special Committee");

WHEREAS, on August 13, 2008, the Genentech Special Committee unanimously concluded that Roche's proposal to acquire all of the shares of Genentech not owned by Roche for $89.00 per share substantially undervalues Genentech and, therefore, the Special Committee does not support the proposal;

WHEREAS, based on the fact that Roche has not made any other offer, the undersigned parties believe that the date for the initial case management conference should be extended;

STIPULATION & PROPOSED ORDER EXTENDING DATE FOR CMC – Case No. C 08-03543 SC

- 1 -

1    WHEREAS, no defendant, by agreeing to this stipulation, waives any right to object to service or the jurisdiction of this Court.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

1    The initial case management conference set in these related actions is extended from November 21, 2008 to January 16, 2009 at 10:00 a.m.;

2    The parties shall file a joint case management statement on January 9, 2009;

3    The parties shall file an ADR Certification signed by Parties and Counsel by December 26, 2008;

4    The parties shall file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference by December 26, 2008.

DATED: October 31, 2008             WOLF HALDENSTEIN ADLER
                                     FREEMAN & HERZ LLP
                                    FRANCIS M. GREGOREK
                                    BETSY C. MANIFOLD
                                    RACHELE R. RICKERT


                                         /s/ Betsy C. Manifold
                                        BETSY C. MANIFOLD

                                    750 B Street, Suite 2770
                                    San Diego, CA 92101
                                    Telephone:  619/239-4599
                                    Facsimile:  619/234-4599

                                    LAW OFFICES OF MARC S. HENZEL
                                    MARC S. HENZEL
                                    273 Montgomery Avenue, Suite 202
                                    Bala Cynwyd, PA 19004
                                    Telephone: 610/660-8000
                                    Facsimile:  610/660-8080

                                    Attorneys for Plaintiff Arnold Wandel

STIPULATION & PROPOSED ORDER EXTENDING DATE FOR CMC – Case No. C 08-03543 SC

- 2 -

| | |
|---|---|
| DATED: October 31, 2008 | SPECTOR, ROSEMAN KODROFF<br>  & WILLIS, P.C.<br>ROBERT M. ROSEMAN<br>JAY COHEN<br>ANDREW ABRAMOWITZ<br>RACHEL E. KOPP |

        /s/ Andrew D. Abramowitz
    ANDREW D. ABRAMOWITZ

1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215/496-0300
Facsimile: 215/496-6611

and

LEVY, RAM & OLSON
MICHAEL F. RAM
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415/433-4949
Facsimile: 415/433-7311

Attorneys for Plaintiffs John P. McCarthy Profit Sharing Plan, Class Members, and all others similarly situated

DATED: October 31, 2008    KAPLAN, FOX & KILSHEIMER, LLP
    LAURENCE D. KING

        /s/ Laurence D. King
    LAURENCE D. KING

350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415/772-4700
Facsimile: 415/772-4707

and

BULL & LIFSHITZ, LLP
PETER D. BULL
JOSHUA M. LIFSHITZ
18 East 41st Street
New York, NY 10017
Telephone: 212/213-6222
Facsimile: 212/213-9405

Attorneys for Plaintiff Ernest Gottdiener

STIPULATION & PROPOSED ORDER EXTENDING DATE FOR CMC – Case No. C 08-03543 SC

- 4 -

| | |
|---|---|
| DATED: October 31, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br><br>_____/s/ Ignacio E. Salceda_____<br>IGNACIO E. SALCEDA<br><br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:  650/493-9300<br>Facsimile:   650/565-5100<br><br>Attorneys for Defendants Genentech, Inc.<br>and Arthur D. Levinson |
| DATED: October 31, 2008 | DAVIS POLK & WARDWELL<br><br>_____/s/ Neal A. Potischman_____<br>NEAL A. POTISCHMAN<br><br>1600 El Camino Read<br>Menlo Park, CA 94025<br>Telephone:  650/752-2000<br>Facsimile:   650/752-2111<br><br>Attorneys for Defendant Roche Holdings, Inc. |
| DATED: October 31, 2008 | LATHAM & WATKINS LLP<br>PAUL H. DAWES<br>ANDREW M. FARTHING<br><br>_____/s/ Paul H. Dawes_____<br>PAUL H. DAWES<br><br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone:  650/328-4600<br>Facsimile:   650/463-2600<br><br>Attorneys for Special Committee Defendants Herbert W. Boyer, Ph.D., Debra L. Reed and Specially Appearing Defendant Charles A. Sanders, M.D. |

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that initial case management conference set in these three related cases is now set for January 23, 2009 at 10:00 a.m.

IT IS FURTHER ORDERED that the parties shall file a joint case management statement on January 9, 2009.

IT IS FURTHER ORDERED that the parties shall file an ADR Certification signed by Parties and Counsel by December 26, 2008.

IT IS FURTHER ORDERED that the parties shall file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference by December 26, 2008.

DATED: __11/3_____, 2008



_____
UNITED STATES DISTRICT JUDGE