UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARNOLD WANDEL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HERBERT W. BOYER, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., JONATHAN K.C. KNOWLES, Ph.D., ARTHUR D. LEVINSON, Ph.D., DEBRA L. REED, CHARLES A. SANDERS, M.D., GENENTECH, INC., and ROCHE HOLDING AG,<br><br>　　　　Defendants. | CASE NO. C 08-03543 (SC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE**<br><br>DATE:　　November 21, 2009<br>TIME:　　10:00 a.m.<br>CRTRM:　1, 17th Floor<br>JUDGE:　Hon. Samuel Conti |

[Caption Continued On Next Page]

| | | |
|---|---|---|
| 1 | JOHN P. McCARTHY PROFIT SHARING PLAN, individually and on behalf of all Others similarly situated, | CASE NO. CV 08-3720 (SC) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | GENENTECH, INC., ROCHE HOLDING, LTD. ROCHE HOLDINGS, INC., ROCHE HOLDING AG, ARTHUR D. LEVINSON, HERBERT W. BOYER, WILLIAM M. BURNS, ERICH HUNZIKER, JONATHAN K.C. KNOWLES, DEBRA L. REED, AND CHARLES SANDERS | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Defendants. | |
| 10 | ERNEST GOTTDIENER, on behalf of himself and all others similarly situated, | CASE NO. CV 08-3753 (SC) |
| 11 | | |
| 12 | Plaintiffs, | |
| 13 | v. | |
| 14 | ARTHUR D. LEVINSON, Ph.D., CHARLES A. SANDERS, M.D., JONATHAN K.C. KNOWLES, Ph.D., WILLIAM M. BURNS, ERICH HUNZIKER, Ph.D., HERBERT W. BOYER, Ph.D., DEBRA L. REED, GENENTECH, INC. and ROCHE HOLDING AG, | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |
| 19 | | |

STIPULATION & PROPOSED ORDER EXTENDING DATE FOR CMC – Case No. C 08-03543 SC

1    WHEREAS, Plaintiff Arnold Wandel filed a Complaint on July 23, 2008 against
2 Defendants Herbert W. Boyer, Ph.D., William M. Burns, Erich Hunziker, Ph.D., Jonathan K.C.
3 Knowles, Ph.D., Arthur D. Levinson, Ph.D., Debra L. Reed, Charles A. Sanders, M.D.,
4 Genentech, Inc., and Roche Holding AG ("*Wandel* action");

5    WHEREAS, Plaintiff John P. McCarthy Profit Sharing Plan filed a Complaint on August
6 4, 2008 against Defendants Genentech, Inc., Roche Holding, LTD, Roche Holdings, Inc., Roche
7 Holding AG, Arthur D. Levinson, Herbert W. Boyer, William M. Burns, Erich Hunziker, Jonathan
8 K.C. Knowles, Debra L. Reed, and Charles Sanders ("*McCarthy Plan* action");

9    WHEREAS, Plaintiff Ernest Gottdiener filed a Complaint on August 5, 2008 against
10 Defendant Arthur D. Levinson, Ph.D., Charles A. Sanders, M.D., Jonathan K.C. Knowles, Ph.D.,
11 William M. Burns, Erich Hunziker, Ph.D., Herbert W. Boyer, Ph.D., Debra L. Reed, Genentech,
12 Inc., and Roche Holding AG ("*Gottdiener* action");

13    WHEREAS, on August 22, 2008, the Court determined that the *Wandel* and *McCarthy*
14 *Plan* actions are related actions; and on September 15, 2008, the Court determined that both of the
15 aforementioned actions are related to the *Gottdiener* action;

16    WHEREAS, the Court set the initial case management conferences in these three related
17 cases for November 21, 2008 at 10:00 a.m.;

18    WHEREAS, the claims in these three related actions all arise out of Roche Holdings, Inc.'s
19 July 21, 2008 proposal to acquire Genentech, Inc. for $89.00 per share ("Roche proposal");

20    WHEREAS, Genentech, Inc. appointed a special committee to consider the Roche
21 proposal ("Genentech Special Committee");

22    WHEREAS, on August 13, 2008, the Genentech Special Committee unanimously
23 concluded that Roche's proposal to acquire all of the shares of Genentech not owned by Roche for
24 $89.00 per share substantially undervalues Genentech and, therefore, the Special Committee does
25 not support the proposal;

26    WHEREAS, on November 3, 2008, pursuant to the parties' stipulation, the Court ordered
27 that the initial case management conferences be rescheduled for January 23, 2009 at 10:00 a.m.;

28

STIPULATION & PROPOSED ORDER EXTENDING DATE FOR CMC – Case No. C 08-03543 SC
- 1 -

1  WHEREAS, based on the fact that Roche has not made any other offer, the undersigned parties believe that the date for the initial case management conference should be extended;

WHEREAS, no defendant, by agreeing to this stipulation, waives any right to object to service or the jurisdiction of this Court.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

1. The initial case management conference set in these related actions is extended from January 23, 2008 to March 20, 2009 at 10:00 a.m.;

2. The parties shall file a joint case management statement on March 13, 2009;

3. The parties shall file an ADR Certification signed by Parties and Counsel by February 27, 2009;

4. The parties shall file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference by February 27, 2009.

DATED: December 15, 2008

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT


/s/ Betsy C. Manifold
BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

LAW OFFICES OF MARC S. HENZEL
MARC S. HENZEL
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
Telephone: 610/660-8000
Facsimile:  610/660-8080

Attorneys for Plaintiff Arnold Wandel

| | | |
|---|---|---|
| 1 | DATED: December 15, 2008 | SPECTOR, ROSEMAN KODROFF |
| 2 | | & WILLIS, P.C. |
| | | ROBERT M. ROSEMAN |
| 3 | | JAY COHEN |
| | | ANDREW ABRAMOWITZ |
| 4 | | RACHEL E. KOPP |

/s/ Andrew D. Abramowitz
ANDREW D. ABRAMOWITZ

1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 215/496-0300
Facsimile: 215/496-6611

and

LEVY, RAM & OLSON
MICHAEL F. RAM
639 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: 415/433-4949
Facsimile: 415/433-7311

Attorneys for Plaintiffs John P. McCarthy Profit Sharing Plan, Class Members, and all others similarly situated

DATED: December 15, 2008

KAPLAN, FOX & KILSHEIMER, LLP
LAURENCE D. KING

/s/ Laurence D. King
LAURENCE D. KING

350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415/772-4700
Facsimile: 415/772-4707

and

BULL & LIFSHITZ, LLP
PETER D. BULL
JOSHUA M. LIFSHITZ
18 East 41st Street
New York, NY 10017
Telephone: 212/213-6222
Facsimile: 212/213-9405

Attorneys for Plaintiff Ernest Gottdiener

STIPULATION & PROPOSED ORDER EXTENDING DATE FOR CMC – Case No. C 08-03543 SC
- 3 -

| | | |
|---|---|---|
| 1 | DATED: December 15, 2008 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | PROFESSIONAL CORPORATION |

DATED: December 15, 2008

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

/s/ Ignacio E. Salceda
IGNACIO E. SALCEDA

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650/493-9300
Facsimile: 650/565-5100

Attorneys for Defendants Genentech, Inc.
and Arthur D. Levinson

DATED: December 15, 2008

DAVIS POLK & WARDWELL

/s/ Neal A. Potischman
NEAL A. POTISCHMAN

1600 El Camino Read
Menlo Park, CA 94025
Telephone: 650/752-2000
Facsimile: 650/752-2111

Attorneys for Defendant Roche Holdings, Inc.

DATED: December 15, 2008

LATHAM & WATKINS LLP
PAUL H. DAWES
ANDREW M. FARTHING

/s/ Paul H. Dawes
PAUL H. DAWES

140 Scott Drive
Menlo Park, CA 94025
Telephone: 650/328-4600
Facsimile: 650/463-2600

Attorneys for Special Committee Defendants
Herbert W. Boyer, Ph.D., Debra L. Reed and
Specially Appearing Defendant Charles A.
Sanders, M.D.

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED that initial case management conference set in these three related cases is now set for March 20, 2009 at 10:00 a.m.

IT IS FURTHER ORDERED that the parties shall file a joint case management statement on March 13, 2009.

IT IS FURTHER ORDERED that the parties shall file an ADR Certification signed by Parties and Counsel by February 27, 2009.

IT IS FURTHER ORDERED that the parties shall file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference by February 27, 2009.

DATED: __12/17__, 2008

UNITED STATES DISTRICT JUDGE



STIPULATION & PROPOSED ORDER EXTENDING DATE FOR CMC -- Case No. C 08-03543 SC

- 5 -

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY MAIL** |
| 2 | I, Elizabeth J. Blackey, declare: |
| 3 | I am employed in Santa Clara County, State of California. I am over the age of 18 years |
| 4 | and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, |
| 5 | 650 Page Mill Road, Palo Alto, California 94304-1050. |
| 6 | On this date, I served: |
| 7 | **STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE** |
| 9 | ☒   By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s): |

Lawrence Portnoy
**Davis Polk & Wardwell**
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 450-3800

Robert M. Roseman
Andrew Abramowitz
**Spector Roseman Kodroff & Willis, P.C.**
1818 Market St., Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611

Joshua M. Lifshitz
Peter D. Bull
**Bull & Lifshitz, LLP**
18 East 41st Street
New York, NY 10017
Tel: (212) 213-6222
Fax: (212) 213-9405

Paul H. Dawes
**Latham & Watkins, LLP**
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600

Marc S. Henzel
**Law Offices of Marc S. Henzel**
273 Montgomery Ave., Suite 202
Bala Cynwyd, PA 19004
Tel: (610) 660-8000
Fax: (610) 660-8080

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.  Executed at Palo Alto, California on December 17, 2008.

                                                    */s/ Elizabeth J. Blackey*
                                                    Elizabeth J. Blackey